UNITED STATES, Appellee

v

WILLIAM R. BUTLER, JR., Private First Class, U. S. Army, Appellant

17 USCMA 344, 38 CMR 142

■■■■■■■

No. 20,447

December 22, 1967

■■■■■■■

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Captain Kenneth J. Stuart* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain Harvey L. Anderson* were on the pleadings for Appellee, United States.

## Opinion of the Court

FERGUSON, Judge:

This case involves the same issue as that presented in United States v Lincoln, 17 USCMA 330, 38 CMR 128, this day decided. Here, the trial counsel also sought to impeach the accused's trial testimony by use of his pretrial, in-custody statements without any showing of compliance with Miranda v Arizona, 384 US 436, 16 L ed 2d 694, 86 S Ct 1602 (1966), and United States v Tempia, 16 USCMA 629, 37 CMR 249.

This was prejudicial error. United States v Lincoln, supra.

The decision of the board of review is reversed, and the record of trial is returned to the Judge Advocate General of the Army. A rehearing may be ordered.

Judge KILDAY concurs.

QUINN, Chief Judge (dissenting):

I dissent. See my opinion in United States v Lincoln, 17 USCMA 330, 38 CMR 128.